| Date: 10/26/10 | DIVIDENDS REMITTED TO THE COURT | Receipt # 15263 | | Page: |
|---|---|---|---|---|

Case Number 10-10423 - BASCOM, JAMES A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090<br>(1-1) 28872271 | 000001 | 397.41 | 2.13 ck<br>107 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of VERIZON WIRELESS<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 000004 | 507.88 | 2.73<br>CK 105 |
| Citizens Financial<br>9415 Mentor Ave.<br>Mentor, OH 44060 | 000006 | 128.10 | 0.69<br>CK 107 |
| THE ILLUMINATING CO BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141<br>(8-1) ELECTRIC SERVICE ACCOUNT NO. 5699 | 000008 | 194.55 | 1.04<br>CK 109 |
| ---------- Remittance Total --------------- | | 1,227.94 | 6.59 |

*Richard Baumgart*
RICHARD A. BAUMGART, Trustee



Printed: 10/26/10 09:25 AM Ver: 16.00a